**client** SERVICES INCORPORATED

3451 Harry S Truman Blvd.
Saint Charles, MO 63301-4047
RE: CHASE BANK USA, N.A.
ACCOUNT NUMBER: X████████8103
BALANCE DUE: $2,013.69
REFERENCE NUMBER: ███59167

Office Hours (Central Time)
Monday-Thursday: 8am-8pm
Friday: 8am-5pm
Saturday: 7am-11am
Sunday: Closed

PHONE: 877-288-9903

DATE: 7/9/2018

## SETTLEMENT OFFER

We are offering you a settlement amount of $1,314.00, to settle this CHASE BANK USA, N.A. account for less than the balance due. This offer is valid until 7/29/2018. If payment in full of the settlement amount is not received in our office by this date, this offer will be withdrawn and will be deemed null and void. We are not obligated to renew this offer. If you are unable to pay the settlement amount in full by this due date, please contact our office for alternative payment options which may be available to you.

We look forward to working with you in resolving this matter.

Jerry Petersen

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FOR IMPORTANT RIGHTS AND PRIVILEGES WHICH MIGHT APPLY TO YOUR STATE OF RESIDENCE,
PLEASE SEE BELOW OR REVERSE SIDE (IF FAXED THEN FOLLOWING PAGE).

 Send your payment in the enclosed envelope using the remittance coupon below.

 Online: www.csiconsumercenter.com

 Pay-by-Phone: 1-877-552-5905

 If you are unable to pay the above settlement offer in full, contact our office at 877-288-9903 for payment options, which may be available to you.

| REFERENCE NUMBER | ████9167 |
|---|---|
| AMOUNT ENCLOSED | |

PO Box 1586
Saint Peters, MO 63376



**Checks Payable To: Client Services, Inc.**

**REMIT TO:**

CLIENT SERVICES, INC.
3451 HARRY S. TRUMAN BLVD
ST. CHARLES MO 63301-4047

 EUN K PARK
14457 37TH AVE FL 1
FLUSHING NY 11354-5933

003354

1 of 1

117611-1452-CHASESO1